**Order entered May 22, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00246-CV

**THE UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL CENTER, Appellant**

**V.**

**VERBA KLINGSICK, DIANA KLINGSICK, AND JANA CARRASCO,
INDIVIDUALLY AND ON BEHALF OF THE ESTATE
OF WILLIAM R. KLINGSICK, DECEASED, Appellees**

**On Appeal from the 95th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-12-07946**

## ORDER

We **GRANT** appellees' May 19, 2015 motion for an extension of time to file a brief.

Appellees shall file a brief by **MONDAY, JUNE 22, 2015**. We caution appellees that no further

extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
JUSTICE